UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

IN RE:   DIANA LEE MCKAY
         GARY EUGENE MCKAY

                                              Bk. Case No. 18-13817 JDL
            Debtors.                          CHAPTER 13

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

   SHAPIRO & CEJDA, LLC, Attorney for U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America, National Association, as Trustee, Successor by Merger to LaSalle National Bank, National Association as Trustee for Salomon Brothers Mortgage Securities VII, Inc., Mortgage Pass Through Certificates Series 1997-HUD1, a party in interest in the above-captioned case, hereby gives notice of its appearance in said case.
   Further, the above-named party in interest hereby requests that the Clerk of the above-named Court counsel for Debtor(s), Trustee, and any other party mailing notices in this case, mail to said counsel copies of any and all notices hereinafter given in this case in accordance with Bankruptcy Rule 2002, or otherwise.

   DATED this 12th day of October, 2018.

                          SHAPIRO & CEJDA, LLC

                          BY:  __s/Kirk J. Cejda_____
                               Kirk J. Cejda #12241
                               770 NE 63rd St
                               Oklahoma City, OK 73105-6431
                               (405)848-1819
                               Attorney for U.S. Bank National Association
                               (405)848-2009 (Facsimile No.)
                               okecfwestern@logs.com

CERTIFICATE OF MAILING

   The undersigned hereby certifies that on the 12th of October, 2018, the foregoing pleading was mailed via U.S. Mail, first class, postage prepaid to the following parties, to-wit: Diana Lee McKay, 410 Chad Drive, Tuttle, OK 73089 and Gary Eugene McKay, 410 Chad Drive, Tuttle, OK 73089, (Debtors). Further, I certify that a true and correct copy of the foregoing pleading was electronically served on the 12th of October, 2018, using the CM/ECF system to the following parties: Dekovan L. Bowler, (Attorney for Debtors), John T. Hardeman, (Trustee).

                          _s/Kirk J. Cejda_____
                          Kirk J. Cejda #12241

File No. 14-120747